Form B1, Exh.A - (Rev. 3/98)                                                             1998 USBC, Central District of California

# Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:   **FIRST ALLIANCE MORTGAGE COMPANY, a California corporation**              Case No.
         **95-2944875**                                                              Chapter   11

## Exhibit " A " to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   N/A                              .

2. The following financial data is the latest available information and refers to the debtor's condition on
   March 23, 2000                  .

   a.  Total assets                                              $       195,444,904.00

   b.  Total debts (including debts listed in 2.c., below)       $        70,207,259.00

                                                                                 Approximate
                                                                                 number of
                                                                                 holders

   c.  Debt securities held by more than 500 holders.                              N/A

       ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
       ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
       ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
       ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
       ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

   d.  Number of shares of preferred stock           _____    _____
   e.  Number of shares of common stock              _____    _____

       Comments, if any:

3. Brief description of debtor's business:

   Mortgage Banking

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   100% ownership interest by First Alliance Corporation, a Delaware corporation

Exhbit A - Page 1