```
Case 8:00-bk-12370-JB    Doc 82-1    Filed 04/11/00    Entered 04/12/00 00:00:00    Desc
                         Main Document    Page 1 of 5
```

**ORIGINAL**  **FILED**

MAUREEN A. TIGHE
United States Trustee
**ARTHUR N. MARQUIS (State Bar No. 63682)**
**Assistant U.S. Trustee**
OFFICE OF THE U.S. TRUSTEE
RONALD REAGAN FEDERAL BLDG. & U.S. COURTHOUSE
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421

00 APR 11 PM 3:45

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | ) | CHAPTER 11 |
|---|---|---|
| **FIRST ALLIANCE MORTGAGE COMPANY,** a California corporation, et.al. | ) ) ) | CASE NO.: **SA 00-12370 LR** |
| Related Debtors. | ) ) | (JOINTLY ADMINISTERED WITH Case No. SA 00-12371 LR; Case No. SA 00-12372 LR; AND Case No. SA 00-12373 LR) |
| ☐ Affects All Related Debtors. | ) ) ) | |
| **FIRST ALLIANCE MORTGAGE COMPANY,** a California corporation ☒ Affected by this Pleading | ) ) ) ) | |
| **FIRST ALLIANCE CORPORATION,** a Delaware corporation, ☒ Affected by this Pleading | ) ) ) ) | APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| **FIRST ALLIANCE MORTGAGE COMPANY,** a Minnesota corporation, ☒ Affected by this Pleading | ) ) ) ) | |
| **FIRST ALLIANCE PORTFOLIO SERVICES, INC.** a Nevada corporation, ☐ Affected by this Pleading | ) ) ) ) | NO HEARING REQUIRED |

Pursuant to 11 U.S.C. § 1102(a)(1), the undersigned hereby appoints the following **nine (9)** members to serve on the Joint Committee of Creditors holding unsecured claims:

**SEE EXHIBIT "A" ATTACHED**

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

Dated: 4/10/2000    By: _____
                        ARTHUR N. MARQUIS
                        Assistant United States Trustee

1 | IN RE: **FIRST ALLIANCE MORTGAGE COMPANY, ET.AL.**
   | CASE NOS.:SA 00-12370 LR; SA 00-12371; & SA 00-12372 LR

2

3 | **PACIFIC ADMAIL, INC.**
   | Attn: James G. Corey, President
4 | 1909 South Susan Street
   | Santa Ana, CA   92704
5 | Telephone: (714) 540-2611
   | Facsimile: (714) 540-1025
6 | E-Mail Address: Jcorey@Pacificadmail.com

7

8 | **CARNEY DIRECT MARKEGING**
   | Attn: Diana M. Arroyo, V.P. Operations
9 | 15520 Rockfield Blvd., Suite C
   | Irvine, CA   92618
10 | Telephone: (949) 581-5100 x308
   | Facsimile: (949) 460-0894
11 | E-Mail Address: diana@carneydirect.com

12

13 | **DIRECT LIST TECHNOLOGY, INC.**
   | Attn: Thomas Philip, Controller
14 | 1950 West Corporate Way
   | Anaheim, CA   92801-5373
15 | Telephone: (714) 772-3282 x111
   | Facsimile: (714) 490-1431
16 | E-Mail Address: Tphilip@directlist.com

17

18 | **FIRST FIDELITY FEDERAL BANK, F.S.B.**
   | Attn: David E. Cher
19 | 4565 Colorado Boulevard
   | Los Angeles, CA   90039
20 | Telephone: (818) 549-3362
   | Facsimile: (818) 549-3559
21 | E-Mail Address: dcher@ffbinet.com

22

23

24 | / / / /

25 | / / /

26 | / /

27 | /

28

IN RE: **FIRST ALLIANCE MORTGAGE COMPANY, ET.AL.**
CASE NOS.:SA 00-12370 LR; SA 00-12371; & SA 00-12372 LR

**AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP)**
c/o Philip M. Steinbock, Esq
Steinbock & Hofmann
One Almaden Blvd. #200
San Jose, CA    95113
Telephone: (408) 298-3800 x110
Facsimile: (408) 298-4146
E-Mail Addresses: phil@sjlawyer.com
remora@ncal.verio.com

**TENSION ENVELOPE CORP.**
Attn: Stanley D. Moskovitz, VP, General Manager
P.O. Box 9037
Temecula, CA    92589
Telephone: (909) 693-1600
Facsimile: (909) 693-1612
E-Mail Address: Tec8@Tension.com

**DAVID B. ZLOTNICK, ESQ.**
1010 Second Ave., Suite 1750
San Diego, CA    92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019
E-Mail Address: dzlotnick@krausekalfayan.com

**FRANCIS P. & MARY ANN MAKENS**
c/o Robert Bauer, Esq. and Henry Schulteis, Esq.
Severson, Sheldon, Dougherty & Moldenda, P.A.
7300 West 147th Street, Suite 600
Apple Valley, MN    5124
Telephone: (952) 432-3136
Facsimile: (952) 432-3780
E-Mail Address: ssdmatty@pconline.com

---

1/ The phone number is changing effective April 29, 2000, to (909) 296-0500.

2/ The fax number is changing, effective April 29, 2000, to (909) 296-0512.

Case 8:00-bk-12370-JB  Doc 82-1  Filed 04/11/00  Entered 04/12/00 00:00:00  Desc
Main Document  Page 4 of 5

| | |
|---|---|
| 1 | IN RE: **FIRST ALLIANCE MORTGAGE COMPANY, ET.AL.**<br>CASE NOS.:SA 00-12370 LR; SA 00-12371; & SA 00-12372 LR |
| 2 | |
| 3 | |
| 4 | **MILLER/DAVIS COMPANY**<br>Attn: A.K. Dube, Chairman & CEO |
| 5 | 2575 University Ave. West, Suite 200<br>St. Paul, MN 55114-1069 |
| 6 | Telephone: (651) 642-1915<br>Facsimile: (651) 642-1992 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | **EXHIBIT "A"** |
| 28 | |

-4-

## DECLARATION OF SERVICE

I am employed in Orange County, California, in the Office of the United States Trustee under the supervision of a member of the bar at this Court under whose direction the service was made. I am a United States citizen, over eighteen years of age, not a party to the above-entitled action. My business address is the Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701-8000.

On _April 11, 2000_, I served a true copy of the within **APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** on the interested parties at his or their known address by U.S. mail addressed as follows:

DEBTOR:
**FAMCO ENTITIES**
Attn: Francisco Nebot, President
17305 Von Karman Ave.
Irvine, CA 92614-6203

DEBTORS' ATTORNEY:
**WILLIAM N. LOBEL, ESQ.**
**TAVI C. FLANAGAN, ESQ.**
THE LOBEL FIRM
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612-2425

**DANIEL J. MULLIGAN, ESQ.**
JENKINS & MULLIGAN
660 Market Street, Third Floor
San Francisco, CA 94104

**LANCE N. JURICH, ESQ.**
Loeb & Loeb LLP
1000 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90017-2475

TRI STAR MARKETING GROUP
Attn: Gretchen Margolis, Sales Person
41005 SW 28th Way
Ft. Lauderdale, FL 33312

ALL COMMITTEE MEMBERS AS LISTED ON EXHIBIT A

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _4/11/00_

_/s/ Christine M. Chapman_
CHRISTINE M. CHAPMAN
Legal Clerk

-5-