ORIGINAL

FILED
JUN 26 2000
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
JUN 27 2000
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED
00 JUN 23 PM 4:07
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  WILLIAM N. LOBEL - State Bar No. 93202
   JEFFREY M. REISNER - State Bar No. 143715
2  TAVI C. FLANAGAN - State Bar No. 169156
   MIKE D. NEUE - State Bar No. 179303
3  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone: (949) 476-7400
5  Facsimile: (949) 476-7444

6  General Insolvency Counsel to the Debtors

   UNITED STATES BANKRUPTCY COURT

   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10 In re                                Case No. SA 00-12370 LR

11 FIRST ALLIANCE MORTGAGE CO.,         Chapter 11 Case
   a California corporation, et al.,
12                                      (Jointly Administered with
           Related Debtors.             Case No. SA 00-12371 LR;
13                                      Case No. SA 00-12372 LR; and
                                        Case No. SA 00-12373 LR)
14 ☐ Affects All Related Debtors.
                                        **ORDER:**
15
   FIRST ALLIANCE MORTGAGE CO.,         **(1) AUTHORIZING EMPLOYMENT
16 a California corporation             OF SHAUN P. MARTIN AS SPECIAL
   Case No. SA 00-12370 LR              APPELLATE COUNSEL; AND**
17 ☒ Affected by this Pleading
                                        **(2) ESTABLISHING MONTHLY
18                                      PAYMENT PROCEDURE**

19 FIRST ALLIANCE CORPORATION,          **Hearing Date and Time**:
   a Delaware corporation
20 Case No. SA 00-12371 LR              DATE:  June 22, 2000
   ☐ Affected by this Pleading          TIME:  10:00 a.m.
21                                      CTRM:  5D
                                               411 West Fourth Street
22 FIRST ALLIANCE MORTGAGE CO.,                Santa Ana, CA 92701-4593
   a Minnesota corporation
23 Case No. SA 00-12372 LR
   ☐ Affected by this Pleading
24

25 FIRST ALLIANCE PORTFOLIO SERVICES,
   INC., a Nevada corporation
26 Case No. SA 00-12373 LR
   ☐ Affected by this Pleading
27

28

---

Case No. SA 00-12370 LR                                      -1-                           ::ODMA\PCDOCS\PCDOCS\304629
ORDER AUTHORIZING EMPLOYMENT OF SHAUN P. MARTIN AS SPECIAL
APPELLATE COUNSEL

1    The Application for Authority to Employ Shaun P. Martin as Special Appellate Counsel
2    and to Establish Monthly Payment Procedure ("Application"), filed by First Alliance Mortgage
3    Co., a California corporation, one of the debtors and debtors-in-possession in these jointly
4    administered Chapter 11 cases ("Debtor"), came on for hearing on June 22, 2000, at 10:00 a.m.,
5    before the Honorable Lynne Riddle, United States Bankruptcy Judge, in Courtroom 5D of the
6    United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California.
7    The Debtor appeared by and through its counsel of record, William N. Lobel, Esq. of Irell
8    & Manella LLP. All other appearances with respect to this matter were noted on the Court's
9    record.
10   The Court having read and considered the Application, the supporting declaration of
11   Shaun P. Martin attached thereto, and the Court having found that (a) notice of the Application was
12   proper; (b) that no objection to the Application was filed; and (c) that, although Mr. Martin is not
13   disinterested, Mr. Martin holds no interest materially adverse to the interests of the estate of the
14   Debtor or to any class of creditors or equity security holders of the Debtor; and for good cause
15   shown,
16   **IT IS HEREBY ORDERED** that:
17       A.    The Application is approved in its entirety, and the Debtor is authorized to
18   employ Mr. Martin as the Debtor's special appellate counsel in connection with an appeal
19   pending in the Ninth Circuit Court of Appeals, Case No. 99-57019, entitled <u>First Alliance</u>
20   <u>Mortgage Company, a California corporation, et al. v. ITT Hartford Group, et al.</u>;
21       B.    The Debtor is authorized to employ Mr. Martin with compensation in such
22   amount as the Court may hereafter allow in accordance with law, on the terms set forth in the
23   Application; and
24   ///
25   ///
26   ///
27
28

1      C.    The Debtor is authorized to pay to Mr. Martin, monthly payments equal to the
2  amounts of his monthly invoices, provided that Mr. Martin comply with the provisions of the Fee
3  Guide promulgated by the Office of the United States Trustee; and

5  DATED: June 26, 2000

                                          THE HONORABLE LYNNE RIDDLE
                                          UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

IRELL & MANELLA LLP

By: /s/ William N. Lobel
     William N. Lobel
     Jeffrey M. Reisner
     Tavi C. Flanagan
     Mike D. Neue
Counsel for the Debtor
and Debtor-in-Possession

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660.

On **June 23, 2000**, I served the foregoing document described as **ORDER: (1) AUTHORIZING EMPLOYMENT OF SHAUN P. MARTIN AS SPECIAL APPELLATE COUNSEL; AND (2) ESTABLISHING MONTHLY PAYMENT PROCEDURE** on the interested parties in this action as follows:

[X] **BY MAIL**

I caused true and correct copies of the above-referenced document(s) to be enclosed in sealed envelopes addressed as follows:

Arthur Marquis, Esq.
Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this filing and declaration was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **June 23, 2000**, at Newport Beach, California.

Linda A. Farmer

## NOTICE TO USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgment.
Do not file this form as a separate document.

| In re: (SHORT TITLE) FIRST ALLIANCE MORTGAGE COMPANY | CHAPTER 11 CASE NUMBER: SA 00-12370 LR |
|---|---|
| Debtor and Debtor in Possession | [Jointly Administered With SA 0012371 LR; SA 00-12372 LR; SA 00-12373 LR] |
| | This document relates to SA 00-12370 LR |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(v), that a judgment or order entitled (specify):

**ORDER:**

**(1) AUTHORIZING EMPLOYMENT OF SHAUN P. MARTIN AS SPECIAL APPELLATE COUNSEL; AND**

**(2) ESTABLISHING MONTHLY PAYMENT PROCEDURE**

was entered on (specify date):    JUN 2 7 2000

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):    JUN 2 7 2000

Dated:    JUN 2 7 2000

JON DAVID CERETTO
Clerk of the Bankruptcy Court

By: /s/ Eva N. Alvarado
Deputy Clerk

Case No. SA 00-12370 LR
ORDER AUTHORIZING EMPLOYMENT OF SHAUN P.
MARTIN AS SPECIAL APPELLATE COUNSEL

-5-

::ODMA\PCDOCS\PCDOCS\304629\1

1  Arthur Marquis, Esq.
   Office of the United States Trustee
2  411 West Fourth Street, Suite 9041
   Santa Ana, CA 92701

3  Debtors:
   Mr. Francisco Nebot
4  President
   First Alliance Mortgage Company
5  17305 Von Karman Avenue
   Irvine CA 92614-6203
6
   William N. Lobel, Esq.
7  Irell & Manella LLP
   840 Newport Center Drive, Suite 500
8  Newport Beach, CA 92660

9  Counsel to the Unsecured Creditors
   David Stern, Esq.
10 Klee, Tuchin, Bogdanoff & Stern
   1880 Century Park East, Suite 200
11 Los Angeles, CA 90067

12 Shaun P. Martin, Esq.
   2115 Edinburg Avenue
13 Cardiff, CA 92007

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28