Case 8:00-bk-12370-JB Doc 596-1 Filed 06/26/00 Entered 06/27/00 00:00:00 Desc Main Document Page 1 of 6

ORIGINAL

FILED
JUN 26 2000
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ENTERED
JUN 27 2000
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

1 | WILLIAM N. LOBEL - State Bar No. 93202
JEFFREY M. REISNER - State Bar No. 143715
2 | TAVI C. FLANAGAN - State Bar No. 169156
MIKE D. NEUE - State Bar No. 179303
3 | IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
4 | Newport Beach, California 92660-6324
Telephone: (949) 476-7400
5 | Facsimile: (949) 476-7444

6 | General Insolvency Counsel to the Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

FIRST ALLIANCE MORTGAGE CO.,
a California corporation, et al.,

Related Debtors.

☒ Affects All Related Debtors.

FIRST ALLIANCE MORTGAGE CO.,
a California corporation
Case No. SA 00-12370 LR
☐ Affected by this Pleading

FIRST ALLIANCE CORPORATION,
a Delaware corporation
Case No. SA 00-12371 LR
☒ Affected by this Pleading

FIRST ALLIANCE MORTGAGE CO.,
a Minnesota corporation
Case No. SA 00-12372 LR
☐ Affected by this Pleading

FIRST ALLIANCE PORTFOLIO SERVICES,
INC., a Nevada corporation
Case No. SA 00-12373 LR
☐ Affected by this Pleading

Case No. SA 00-12370 LR

Chapter 11 Case

(Jointly Administered with
Case No. SA 00-12371 LR;
Case No. SA 00-12372 LR; and
Case No. SA 00-12373 LR)

**ORDER:**

**(1) AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT; AND**

**(2) ESTABLISHING MONTHLY PAYMENT PROCEDURE**

**Hearing Date and Time:**

DATE:  June 22, 2000
TIME:  10:00 a.m.
CTRM:  5D
       411 West Fourth Street
       Santa Ana, CA 92701-4593

-1-

Case No. SA 00-12370 LR
**ORDER AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT**

::ODMA\PCDOCS\PCDOCS\304863\1

1  The Application for Authority to Employ Stephens, Reidinger & Beller LLP as Special Accountants in Connection with 401(k) Plan Audit and to Establish Monthly Payment Procedure ("Application"), filed by First Alliance Corporation, a Delaware corporation, one of the debtors and debtors-in-possession in these jointly administered Chapter 11 cases ("Debtor"), came on for hearing on June 22, 2000, at 10:00 a.m., before the Honorable Lynne Riddle, United States Bankruptcy Judge, in Courtroom 5D of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California.

The Debtor appeared by and through its counsel of record, William N. Lobel, Esq. of Irell & Manella LLP. All other appearances with respect to this matter were noted on the Court's record.

The Court having read and considered the Application, the supporting declaration of David Stephens attached thereto, and the Court having found that (a) notice of the Application was proper; (b) that no objection to the Application was filed; and (c) that the Firm is disinterested within the meaning of 11 U.S.C. § 101(14) of the Bankruptcy Code; and for good cause shown,

**IT IS HEREBY ORDERED** that:

A.  The Application is approved in its entirety, and the Debtor is authorized to employ Stephens, Reidinger & Beller LLP ("Firm") as special accountants in connection with the audit of the Debtor's 401(k) with compensation in such amount as the Court may hereafter allow in accordance with law, on the terms set forth in the Application;

B.  The Debtor is authorized to employ the Firm pursuant to the terms of the Retainer Agreement attached as Exhibit "1" to the Stephens Declaration appended to the Application, and on the terms set forth in the Application; and

///
///
///
///

1   C.   The Debtor is authorized to pay to the Firm monthly payments equal to the
2   amounts of the Firm's monthly invoices, provided that the Firm comply with the provisions of
3   the Fee Guide promulgated by the Office of the United States Trustee.

4
5   DATED: June 26, 2000

6   _____
    THE HONORABLE LYNNE RIDDLE
7   UNITED STATES BANKRUPTCY JUDGE

8
9   PRESENTED BY:

    IRELL & MANELLA LLP
10

11
    By: _____
12       William N. Lobel
         Jeffrey M. Reisner
13       Tavi C. Flanagan
         Mike D. Neue
14  Counsel for the Debtor
    and Debtor-in-Possession
15

16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660.

On **June 23, 2000,** I served the foregoing document described as **ORDER: (1) AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT; AND (2) ESTABLISHING MONTHLY PAYMENT PROCEDURE** on the interested parties in this action as follows:

[X] **BY MAIL**

I caused true and correct copies of the above-referenced document(s) to be enclosed in sealed envelopes addressed as follows:

Arthur Marquis, Esq.
Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this filing and declaration was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **June 23, 2000,** at Newport Beach, California.


_____
Linda A. Farmer

NOTICE TO USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgment.
Do not file this form as a separate document.

| In re: (SHORT TITLE) | CHAPTER 11 CASE NUMBER: |
|---|---|
| FIRST ALLIANCE MORTGAGE COMPANY | SA 00-12370 LR [Jointly Administered With SA 0012371 LR; SA 00-12372 LR; SA 00-12373 LR] |
| Debtor and Debtor in Possession | This document relates to SA 00-12371 LR |

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(v), that a judgment or order entitled (specify):

**ORDER:**

**(1) AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT; AND**

**(2) ESTABLISHING MONTHLY PAYMENT PROCEDURE**

was entered on (specify date): JUN 2 7 2000

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): JUN 2 7 2000

Dated: JUN 2 7 2000

JON DAVID CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Case No. SA 00-12370 LR
ORDER AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT

-5-

::ODMA\PCDOCS\PCDOCS\304813\1

| | |
|---|---|
| 1 | Arthur Marquis, Esq.<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 9041 |
| 2 | Santa Ana, CA 92701 |
| 3 | Debtors:<br>Mr. Francisco Nebot |
| 4 | President<br>First Alliance Mortgage Company |
| 5 | 17305 Von Karman Avenue<br>Irvine CA 92614-6203 |
| 6 | |
| 7 | William N. Lobel, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 500 |
| 8 | Newport Beach, CA 92660 |
| 9 | Counsel to the Unsecured Creditors<br>David Stern, Esq. |
| 10 | Klee, Tuchin, Bogdanoff & Stern<br>1880 Century Park East, Suite 200 |
| 11 | Los Angeles, CA 90067 |
| 12 | David Stephens<br>Stephens, Reidinger & Beller LLP |
| 13 | 2201 Dupont Drive, Suite 400<br>Irvine, CA 92612 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-6-    ::ODMA\PCDOCS\PCDOCS\304813\1

Case No. SA 00-12370 LR
**ORDER AUTHORIZING EMPLOYMENT OF STEPHENS, REIDINGER & BELLER LLP AS SPECIAL ACCOUNTANTS IN CONNECTION WITH 401(k) PLAN AUDIT**